In the Matter of JUDI E. MORRIS, an Attorney, Resignor. [753 NYS2d 415] —Voluntary resignation accepted and name stricken from the roll of attorneys (*see Matter of Manown*, 240 AD2d 83). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ. (Filed Jan. 23, 2003.)

In the Matter of HARRY L. BROWN, an Attorney, Resignor. [753 NYS2d 415] —Resignation accepted and name stricken from the roll of attorneys. Present—Pine, J.P., Hurlbutt, Kehoe, Burns and Hayes, JJ. (Filed Jan. 23, 2003.)

In the Matter of DAVID H. WALSH, IV, for Reinstatement to the Practice of Law. [757 NYS2d 915] —Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Pine, J.P., Hurlbutt, Kehoe, Burns and Hayes, JJ. (Filed Jan. 24, 2003.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARLEK E. HOLMES, Appellant. [757 NYS2d 916] —Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Noonan, J.—Criminal Possession Stolen Property, 4th Degree.) Present—Green, J.P., Pine, Hurlbutt, Kehoe and Hayes, JJ.